THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JOSEPH GAYNOR, Petitioner-Appellant.

(No. 59550;

First District (3rd Division)—May 16, 1974.

PER CURIAM.
MEJDA, J., took no part.

Paul Bradley and Margaret Maxwell, both of the Office of State Appellate Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dorothy B. Johnson, Assistant State's Attorneys, of counsel), for the People.